ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC and*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN, | Case No.:   2:25-cv-00362-GMN-DJA |
| Plaintiff, | |
| vs. | **MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **defendants**) respectfully move for a one-day extension to the responsive pleading deadline due to an outage of the CM/ECF system on March 4, 2025. In support of this motion, defendants state as follows:

1.      Defendants removed this action from the Eighth Judicial District Court in Clark County, Nevada on February 25, 2025. *See* ECF No. 1, Petition for Removal.

2.      Defendants' responsive pleading was due March 4, 2025—seven (7) days after filing the removal notice. *See* Fed. R. Civ. P. 81(c)(2)(C).

{80304715;1}

3.      Defendants attempted to timely file Pennymac's motion to dismiss (ECF No. 6) and MERS' joinder (ECF No. 7) shortly after 6:00 PM on March 4, 2025; however, defendants were unable to file because the CM/ECF filing website was inaccessible. *See* **Ex. A**, Counsel Decl. at ¶ 4. Defendants contacted PACER and the CM/ECF help desk but did not receive a response due to the time of day. *Id*. at ¶ 5. Defendants continued to monitor CM/ECF's availability for the remainder of the day, but the website did not come back online until after 12:00 AM. *Id*. at ¶ 6. Defendants promptly filed Pennymac's motion to dismiss and MERS' joinder the next morning, March 5, 2025. *See* ECF Nos. 6, 7.

Pursuant to the Local Rules, "[a] filer whose filing is made untimely because of a technical failure may seek appropriate relief from the court." *See* LR IC 3-1. Further, the court may extend a deadline after expiration upon a showing of excusable neglect. *See* LR IA 6-1. Here, good cause and excusable neglect support extending the responsive pleading deadline by one day due to the technical issues with CM/ECF. Both documents were finalized and ready to file on March 4, 2025. Ex. A, Counsel Decl. at ¶ 4.

Based on the foregoing, defendants respectfully request the court grant an extension of the responsive pleading deadline through March 5, 2025. This is defendants' first request to extend this deadline and will not cause any delay or prejudice to plaintiff.

DATED this 5th day of March, 2025.

**AKERMAN LLP**

*/s/  Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.*

2

80304715;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March 2025, I caused to be served a true and correct copy of the foregoing **MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING (FIRST REQUEST),** in the following manner:

☐ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on March 5, 2025.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below on March 5, 2025:

**araslt8888@gmail.com**

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Esther Ibarra*
An employee of AKERMAN LLP

3

80304715;1