# EXHIBIT A

**DECLARATION OF NICHOLAS E. BELAY, ESQ.
SUPPORTING MOTION TO EXTEND DEADLIN
ETO FILE RESPONSIVE PLEADING**

# EXHIBIT A

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC and*
*Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THU THUY NGUYEN,<br><br>                Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>                Defendants. | Case No.:   2:25-cv-00362-GMN-DJA<br><br>**DECLARATION OF NICHOLAS E. BELAY, ESQ. SUPPORTING MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |

I, Nicholas E. Belay, Esq., declare as follows:

1.      I am an associate attorney at Akerman LLP, admitted to practice law before this court, and am counsel of record for Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **defendants**).

2.      I have personal knowledge of all facts stated herein. If called upon to testify, I could and would competently do so under oath.

3.      I make this declaration in support of defendants' motion to extend deadline to file responsive pleading.

4.      Defendants' responsive pleading was due March 4, 2025. I, along with my staff,

80302903;1

attempted to timely file Pennymac's motion to dismiss (ECF No. 6) and MERS' joinder (ECF No. 7) shortly after 6:00 PM on March 4, 2025; however, we were unable to file because the CM/ECF filing website was inaccessible.   Both documents were finalized and ready to file on March 4, 2025.

5.      My staff contacted PACER and the CM/ECF help desk but did not receive a response due to the time of day.

6.      I continued to monitor CM/ECF's availability for the remainder of the day, but the website did not come back online until after 12:00 AM.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED March 5, 2025.

*/s/ Nicholas E. Belay*

NICHOLAS E. BELAY, ESQ.

akerman

80302903;1