ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC and*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>                   Plaintiff,<br><br>vs.<br><br>PENNYMAC    LOAN    SERVICES,    LLC;<br>FEDERAL    NATIONAL    MORTGAGE<br>ASSOCIATION        (FANNIE        MAE);<br>MORTGAGE             ELECTRONIC<br>REGISTRATION SYSTEMS, INC. ("MERS"),<br>as  Nominee  and  Beneficiary;  DOES  1-X,<br>inclusive;  ROE  BUSINESS  ENTITIES  1-X,<br>inclusive,<br><br>                   Defendants. | Case No.:   2:25-cv-00362-GMN-DJA<br><br>**REMOVAL STATEMENT** |

Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **defendants**) respectfully submit the following statement regarding removal:

1.      Date Complaint Was Served.

Pennymac was served with the complaint on February 4, 2025.  MERS was served with the complaint on February 10, 2025.

2.      Date Summons Was Served.

Pennymac was served with the summons on February 4, 2025.  MERS was served with the summons on February 10, 2025.

{80512107;1}

3.    <u>Basis for Diversity Jurisdiction.</u>

This court has federal question jurisdiction under 28 U.S.C. § 1331 and diversity jurisdiction under 28 U.S.C. § 1332.  With respect to diversity jurisdiction, the parties citizenship is as follows:

Nguyen is a citizen of Nevada and currently resides at the subject property in Las Vegas, Nevada.  Compl. at ¶ 3, ECF No. 1-1.

Pennymac is a citizen of California and Delaware.  Pennymac is a Delaware limited liability company, the sole member of which is Private National Mortgage Acceptance Company, LLC.  Private National Mortgage Acceptance Company LLC's members are PNMAC Holdings Inc. (PNMAC) and PennyMac Financial Services Inc. (PFSI). Both PNMAC and PFSI are Delaware corporations with principal places of business in Westlake Village, California.

MERS is incorporated in the State of Delaware, with its principal place of business in Atlanta, Georgia.  MERS is a citizen of Delaware and Georgia.  MERS is not a citizen of Nevada and therefore diverse from Nguyen.

Federal National Mortgage Association (**Fannie Mae**) is a corporation organized under the laws of the United States.  Fannie Mae is a citizen of the District of Columbia and has its principal place of business in the District of Columbia. *See* 12 U.S.C. § 1717(a)(2)(B) ("[Fannie Mae] shall maintain its principal office in the District of Columbia or the metropolitan area thereof and shall be deemed, for purposes of jurisdiction ... to be a District of Columbia corporation.").  On information and belief, Fannie Mae has not been served to date.

Pursuant to 28 U.S.C. § 1332(a), the amount in controversy in the action exceeds the sum or value of $75,000 exclusive of interest and costs.  Nguyen seeks a quiet title judgment "declaring the Deed of Trust null, void, and unenforceable."  Compl. at Prayer for Relief, ECF No. 1-1.  The face value of the at-issue deed of trust is $762,372.00.  *Id.*, ¶ 10.  This amount continues to increase so long as the loan secured by the deed of trust remains unpaid.  Further, the grant, bargain, and sale deed attached to Nguyen's complaint lists the property value as $785,950.00, which further supports the amount in controversy.  *Id.*, Compl. at Ex. B; *see also Bank of Am., N.A. v. Regency Vill. Owner's Ass'n, Inc.*, No. 2:16-CV-00496-GMN-CWH, 2017 WL 2817882, at *2 (D. Nev. June 29, 2017)

{80512107;1}

(discussing amount in controversy in quiet title actions).  Nguyen also seeks at least $29,980.75 in compensatory damages, as well as emotional distress, punitive damages, and attorney's fees and costs.

4.    Notice of Removal Was Timely.

The notice of removal was timely filed on February 25, 2025, within thirty (30) days of the plaintiff effectuating service of process on Pennymac.

5.    This Action Commenced Less Than One Year Before Date of Removal.

This action was not commenced a year before the date of removal.  The complaint was filed in state court on January 17, 2025.  Compl., ECF No. 1-1.

6.    All Named Defendants Joined the Notice of Removal.

Pennymac and MERS both joined the notice of removal.  On information and belief, Fannie Mae has not been served to date.  To the extent necessary, Fannie Mae also consented to removal. There are no defendants known to have been served in this action that did not join in the notice of removal.

DATED this 14th day of March, 2025.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.*

{80512107;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March 2025, I caused to be served a true and correct copy of the foregoing **REMOVAL STATEMENT,** in the following manner:

☐    **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒    **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on March 14, 2025.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐    (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒    **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below on March 14, 2025:

**araslt8888@gmail.com**

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Esther Ibarra*
An employee of AKERMAN LLP

{80512107;1}