ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for PennyMac Loan Services, LLC and
Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>PENNYMAC    LOAN    SERVICES,    LLC;<br>FEDERAL     NATIONAL    MORTGAGE<br>ASSOCIATION        (FANNIE       MAE);<br>MORTGAGE            ELECTRONIC<br>REGISTRATION SYSTEMS, INC. ("MERS"),<br>as  Nominee  and  Beneficiary;  DOES  1-X,<br>inclusive;  ROE  BUSINESS  ENTITIES  1-X,<br>inclusive,<br><br>                    Defendants. | Case No.:    2:25-cv-00362-GMN-DJA<br><br><br>**MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.'S<br>JOINDER TO PENNYMAC LOAN<br>SERVICES, LLC'S REPLY SUPPORTING<br>MOTION TO DISMISS** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{}80661029;1}

Mortgage Electronic Registration Systems, Inc. (**MERS**), by and through counsel of record, joins Pennymac Loan Services, LLC's reply supporting its motion to dismiss, which was filed on March 25, 2025. *See* ECF No. 15. MERS incorporates the factual and legal arguments as though fully set forth here. For the reasons stated in the reply and underlying motion, the court should grant dismissal with prejudice.

DATED this 25th day of March, 2025.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for PennyMac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.*

2

{80661029;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March 2025, I caused to be served a true and correct copy of the foregoing **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S JOINDER TO PENNYMAC LOAN SERVICES, LLC'S MOTION TO DISMISS,** in the following manner:

☐ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on March 25, 2025.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐ **(PERSONAL SERVICE)** By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below on March 25, 2025:

**araslt8888@gmail.com**

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Esther Ibarra*
An employee of AKERMAN LLP

3

{80661029;1}