

FILED ✓    RECEIV
ENTERED    SERVE
COUNSEL/PARTIES OF REC

MAR 2 6 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ MM D

Thu Thuy Nguyen
9878 Belikove Manor Avenue
Las Vegas, Nevada 89178
Tel: (725) 318-8375
Araslt8888@gmail.com
Pro-Se, Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THU THUY NGUYEN, | Case No.:   2:25-cv-00362-GMN-DJA |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATUS REPORT FOLLOWING REMOVAL** |
| PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive, | |
| Defendants. | |

**INTRODUCTION**

Plaintiff Thu Thuy Nguyen, appearing pro se, submits this Status Report pursuant to the Court's Minute Order (ECF No. 3), which set a deadline of March 29, 2025, for the parties to file a Joint Status Report following removal of this case to federal court. As March 29, 2025, is a Saturday, the deadline extends to March 31, 2025, pursuant to FRCP Rule 6(a)(1)(C). Plaintiff has chosen to file this report unilaterally, as she did not confer with Defendants' counsel prior to filing. Plaintiff requests leave to file an amended joint report if the Court requires conferral with Defendants' counsel after this filing.

**STATUS OF THE CASE**

1. Removal to Federal Court: This case was removed from the Eighth Judicial District Court of Nevada (Case No. A-25-910276-C) to this Court on February 25, 2025, by Defendants PennyMac Loan Services, LLC ("PennyMac") and Mortgage Electronic Registration Systems, Inc. ("MERS") (ECF No. 1).

2. Pending Motions:

-On March 5, 2025, Defendants PennyMac and MERS filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 6), with MERS joining the motion (ECF No. 7).

-Plaintiff filed her Opposition to the Motion to Dismiss on March 17, 2025 (ECF No. 13). The Court set a deadline of March 24, 2025, for Defendants' reply (ECF No. 13).

-Defendants filed their Reply (ECF No. 15) and Joinder (ECF No. 16) on March 25, 2025—one day late. On March 26, 2025, Plaintiff filed a Motion to Strike Defendants' Reply and Joinder as untimely (ECF No. [to be assigned]).

-The Motion to Dismiss and Motion to Strike are currently pending before the Court.

3. Service of Parties:

-Plaintiff has served Defendants PennyMac and MERS, who have appeared in this action.

-Plaintiff has made diligent efforts to serve Defendant Federal National Mortgage Association ("Fannie Mae") but has not yet succeeded. Plaintiff continues to attempt service and will comply with the deadline of May 26, 2025, as set by FRCP Rule 4(m). If necessary, Plaintiff will request an extension of time to serve Fannie Mae.

4. Proposed Next Steps:

-If the Motion to Dismiss is denied, Plaintiff requests that the Court schedule a Rule 26(f) conference to plan discovery, as required by FRCP Rule 26(f) and Local Rule 26-1. Plaintiff seeks discovery to obtain critical evidence, including the original promissory note, which Defendants have failed to produce despite Plaintiff's repeated demands.

-Plaintiff proposes a discovery period of 180 days to allow sufficient time to gather evidence, given her pro se status and the complexity of the issues in this case.

5. Other Issues:

-Plaintiff has complied with all court deadlines and continues to diligently prosecute this case. Plaintiff

requests that the Court consider her pro se status when setting the case schedule, pursuant to Haines v. Kerner, 404 U.S. 519, 520 (1972).

-Plaintiff did not confer with Defendants' counsel prior to filing this report, as she chose to file unilaterally to meet the Court's deadline. Plaintiff requests leave to file an amended joint report if the Court requires conferral with Defendants' counsel after this filing.

**CONCLUSION**

Plaintiff respectfully submits this Status Report to comply with the Court's order and requests that the Court set a schedule for the case, including a Rule 26(f) conference and discovery period, if the Motion to Dismiss is denied. Plaintiff further requests leave to file an amended joint report if the Court requires conferral with Defendants' counsel after this filing.

DATED this 26th day of March, 2025.

Respectfully submitted,

/s/ Thu Thuy Nguyen
Thu Thuy Nguyen
9878 Belikove Manor Ave.
Las Vegas, NV 89178
725-318-8375
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I, Thu Thuy Nguyen, certify that on March 26, 2025, I served a true and correct copy of this Status Report via:

CM/ECF: Filing through the Court's system, automatically notifying Nicholas Belay and Ariel E. Stern, Akerman LLP (nicholas.belay@akerman.com, ariel.stern@akerman.com), pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5-1.

Email: Sending a true and correct copy to Nicholas Belay (nicholas.belay@akerman.com) and Ariel E. Stern (ariel.stern@akerman.com) on March 26, 2025, confirming their consent to electronic service through their CM/ECF registration.

/s/ Thu Thuy Nguyen

Thu Thuy Nguyen