ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for PennyMac Loan Services, LLC and
Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THU THUY NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>Defendants. | Case No.:    2:25-cv-00362-GMN-DJA<br><br>**STATUS REPORT REGARDING REMOVAL** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{80703542;1}

Defendants Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. (**MERS**) submit the following status report in response to the Court's February 27, 2025 minute order. *See* ECF No. 3.[1]

**1.      Status of the action.**

Pennymac removed this action to federal court on February 25, 2025.  ECF No. 1.  Pennymac filed a motion to dismiss on March 5, 2025, which MERS joined.  ECF Nos. 6, 7.  Plaintiff filed her opposition to the motion to dismiss on March 17, 2025.  ECF No. 13.  The opposition was not entered and served on defendants until March 18, 2025.  *Id.*  Pennymac filed its reply to the motion to dismiss on March 25, 2025, which MERS joined.  ECF Nos. 15, 16.

Plaintiff filed a motion to strike defendants' reply and joinder as untimely on March 26, 2025.  ECF No. 18.  The motion to strike was not entered and served on defendants until March 27, 2025.  *Id.*  Plaintiff's motion to strike is currently being briefed.

**2.      Action required to be taken by this court.**

The parties require that the Court issue a decision on Pennymac's motion to dismiss (ECF No. 6) and Plaintiff's motion to strike (ECF No. 18) once fully briefed.

**3.      Motions not previously attached or filed.**

Defendants are unaware of any motions, pleadings, or other matters that may affect this action that were not already attached to the notice of removal or subsequently filed with the court.

Dated: March 28, 2025.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144
*Attorneys for PennyMac Loan Services, LLC and MERS*

---

[1] Plaintiff Thu Thuy Nguyen filed an individual status report on March 26, 2025, which was entered and served on defendants on March 27, 2025.  ECF No. 17.  Nguyen does not provide an explanation for failing to confer with defendants prior to her filing.  Defendants circulated a proposed joint status report to Nguyen on March 27, 2025, requesting comment by the following day to ensure compliance with the court's deadline.  Having received no response, defendants provide the Court the instant individual status report.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March 2025, I caused to be served a true and correct copy of the foregoing **STATUS REPORT REGARDING REMOVAL,** in the following manner:

☒     **(ELECTRONIC SERVICE)**  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒     **(UNITED STATES MAIL)**  By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on March 28, 2025.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐     (**PERSONAL SERVICE**)  By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒     **(EMAIL)**  By emailing a true and correct copy of the above-referenced document to the person(s) listed below on March 28, 2025:

**araslt8888@gmail.com**

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Esther Ibarra*
An employee of AKERMAN LLP

3

{80703542;1}