ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for PennyMac Loan Services, LLC and*
*Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THU THUY NGUYEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>    Defendants. | Case No.:  2:25-cv-00362-GMN-DJA<br><br><br>**OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY AND JOINDER** |

*Pro se* plaintiff Thu Thuy Nguyen conflates the filing of a document with its service. Because Nguyen is filing her documents with the clerk's office, these are not contemporaneous events. Nguyen filed her opposition to the motion to dismiss with the clerk's office on March 17, 2025. The opposition was not entered and served on defendants until **March 18, 2025 at 5:06 P.M. PDT**. *See* Ex. A (Notice of Electronic Filing); Ex. B (Counsel Decl.); *see also* LR IC 4-1(b) (stating "electronic transmission of the Notice of Electronic Filing constitutes **service** of a document on filers) (emphasis added). Pennymac and MERS timely filed their reply and joinder on March 25, 2025—seven days after the opposition was served. *See* LR 7-2(b) ("The deadline to file and serve any reply in support of the motion is seven days after service of the response.").

The root of Nguyen's confusion is the CM/ECF entry associated with her opposition, which states "replies due by 3/24/2025." The system automatically generates this entry based on the document's filing date; however, it does not take into account the actual date of service for a *pro se* party who is not filing through the system. These system-generated dates are "provided as a courtesy only" and do not establish the actual filing deadline. *See* LR IC 3-1(d). Rather, "the applicable Federal Rules, statutes, or local rules govern computing and extending time for serving and filing of all documents notwithstanding any contrary deadline in a Notice of Electronic Filing." *Id*. Because Pennymac and MERS filed their reply and joinder within seven days of receiving service and entry of the opposition, both filings are timely.[1] Nguyen's motion should be summarily denied.

DATED this 9th day of April, 2025.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for PennyMac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.*

---

[1] To the extent the reply deadline was March 24, 2025 (which it was not), defendants respectfully submit that good cause and excusable neglect warrant extending the deadline one day in light of the service date. *See* LR IA 6-1. Adjudicating the motion to dismiss based on the full briefing and on the merits serves the interest of judicial economy. Further, Nguyen has not suffered any discernable prejudice based on the timing of the reply brief. *See, e.g.*, *Coughlin v. Tailhook Ass'n, Inc.*, 818 F. Supp. 1366, 1368 (D. Nev. 1993) (denying motion to strike based on lack of prejudice where underlying motion to dismiss filed one day late).

2

80205002;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April 2025, I caused to be served a true and correct copy of the foregoing **OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY AND JOINDER,** in the following manner:

☐      **(ELECTRONIC SERVICE)**  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒      **(UNITED STATES MAIL)**  By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on April 9, 2025.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐      (**PERSONAL SERVICE**)  By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒      **(EMAIL)**  By emailing a true and correct copy of the above-referenced document to the person(s) listed below on April 9, 2025:

**araslt8888@gmail.com**

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Esther Ibarra*
An employee of AKERMAN LLP

3

80205002;1