# EXHIBIT A

## Notice of Electronic Filing

# EXHIBIT A

## Belay, Nicholas (Assoc-Las)

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Tuesday, March 18, 2025 5:07 PM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:25-cv-00362-GMN-DJA Nguyen v. PennyMac Loan Services LLC et al Response |

<mark>**[External to Akerman]**</mark>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 3/18/2025 at 5:06 PM PDT and filed on 3/17/2025

| | |
|---|---|
| **Case Name:** | Nguyen v. PennyMac Loan Services LLC et al |
| **Case Number:** | 2:25-cv-00362-GMN-DJA |
| **Filer:** | Thu Thuy Nguyen |
| **Document Number:** | 13 |

**Docket Text:**
**RESPONSE to [6] Motion to Dismiss by Plaintiff Thu Thuy Nguyen. Replies due by 3/24/2025. (RJDG)**

**2:25-cv-00362-GMN-DJA Notice has been electronically mailed to:**

Ariel E. Stern    ariel.stern@akerman.com, akermanlas@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

Nicholas Belay    nicholas.belay@akerman.com, akermanlas@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com

**2:25-cv-00362-GMN-DJA Notice has been delivered by other means to:**

Thu Thuy Nguyen
9878 Belikove Manor Ave
Las Vegas, NV 89178

1

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=3/18/2025] [FileNumber=11861673-0] [034c36fd32aac9955e85e5433a3c822fe6449ff371032286bc5075d45a98238033 5498f53a3a06a5d40a2acf967dc87f4fac87e977bfdfcee29b524154db2d32]]