# EXHIBIT B

## Declaration of Nicholas E. Belay, Esq.

# EXHIBIT B

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC and*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THU THUY NGUYEN,

Plaintiff,

vs.

PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,

Defendants.

Case No.:   2:25-cv-00362-GMN-DJA

**DECLARATION OF NICHOLAS E. BELAY, ESQ. SUPPORTING OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY AND JOINDER**

I, Nicholas E. Belay, Esq., declare as follows:

1.      I am an associate attorney at Akerman LLP, admitted to practice law before this court, and am counsel of record for Pennymac Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **defendants**).

2.      I have personal knowledge of all facts stated herein.  If called upon to testify, I could and would competently do so under oath.

3.      Attached as **Ex. A** to defendants' opposition to plaintiff's motion to strike is a true and correct copy of the Notice of Electronic Filing, which reflects that plaintiff's opposition was not entered and served on defendants until Tuesday, March 18, 2025 at 5:06 PM PDT.

{80905179;1}

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED April 9, 2025.

/s/ Nicholas E. Belay

NICHOLAS E. BELAY, ESQ.

2

{80905179;1}