ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for PennyMac Loan Services, LLC,*
*Mortgage Electronic Registration Systems, Inc.,*
*and Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>                   Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>                   Defendants. | Case No.: 2:25-cv-00362-GMN-DJA<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the United States District Court Rules, the undersigned, counsel of record for Federal National Mortgage Association (**Fannie Mae**) certifies that there are no known interested parties other than those participating in the above-entitled action.

Fannie Mae is presently under the conservatorship of The Federal Housing Finance Agency. Fannie Mae does not have a parent corporation, and according to SEC filings, no publicly held corporation holds more than 10% of Fannie Mae's common (voting) stock.

. . .

. . .

. . .

81938996;1

These representations are made to enable judges of the court to evaluate possible disqualification or recusal.

DATED this 20th day of June, 2025.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89134

*Attorneys for PennyMac Loan Services, LLC,*
*Mortgage Electronic Registration Systems, Inc.,*
*and Federal National Mortgage Association*

2

81938996;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June 2025, I caused to be served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES,** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written.

Thu Thuy Nguyen
9878 Belikove Manor Ave
Las Vegas, NV 89178

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below:

Email: ARASLT8888@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Patricia Larsen*
An employee of AKERMAN LLP

3

81938996;1