# EXHIBIT B

# Note

# EXHIBIT B

LOAN #:     4675
MIN: 1007159-   5120-4

## NOTE

December 12, 2024             Moorpark,              California
[Note Date]                  [City]                   [State]

9878 Belikove Manor Ave, Las Vegas, NV 89178
[Property Address]

*I hereby certify that this is a true and exact copy of the original.*
*Ticor Title of Nevada*

### 1. BORROWER'S PROMISE TO PAY

In return for a loan in the amount of U.S. $762,372.00    (the "Principal") that I have received from PennyMac Loan Services, LLC

(the "Lender"), I promise to pay the Principal, plus interest, to the order of the Lender. I will make all payments under this Note in U.S. currency in the form of cash, check, money order, or other payment method accepted by Lender.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

MULTISTATE FIXED RATE NOTE – Single Family
Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3200   07/2021
ICE Mortgage Technology, Inc.              Page 1 of 3            F3200v21NOTL   0522
F3200NOT (CLS)



MULTISTATE FIXED RATE NOTE – Single Family
Fannie Mae/Freddie Mac UNIFORM INSTRUMENT   Form 3200   07/2021
ICE Mortgage Technology, Inc.                                    Page 2 of 3

F3200v21NOTL   0522
F3200NOT (CLS)





WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____(Seal)
THU THUY NGUYEN

*[Sign Original Only]*

Lender: PennyMac Loan Services, LLC
NMLS ID: 35953
Loan Originator: Brandon Glenn
NMLS ID: 375196

**MULTISTATE FIXED RATE NOTE** – Single Family
**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT   Form 3200**   07/2021
ICE Mortgage Technology, Inc.                        Page 3 of 3                        F3200v21NOTL   0522
                                                                                        F3200NOT (CLS)

