SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC,*
*Mortgage Electronic Registration Systems, Inc.,*
*and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THU THUY NGUYEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-00362-GMN-DJA<br><br>**NOTICE OF APPEARANCE** |

Scott R. Lachman, Esq. of the law firm of Akerman LLP, enters an appearance as counsel of record for defendant Pennymac Loan Services, LLC, Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association.

. . .

. . .

. . .

82411212;1

All items, including but not limited to, pleadings, papers, correspondence, documents and any other thing related to this matter, can be forwarded to counsel at the above address.

DATED this 23rd day of July, 2025.

AKERMAN LLP

*/s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Pennymac Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association*

2

82411212;1