SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC,*
*Mortgage Electronic Registration Systems, Inc.,*
*and Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00362-GMN-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ariel E. Stern, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Mr. Stern be removed from the service list.

Akerman LLP continues to serve as counsel for Pennymac Loan Services, LLC, Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association.

. . .

. . .

. . .

82378285;1

All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to the undersigned.

DATED this 23rd day of July, 2025.

AKERMAN LLP

/s/ Scott R. Lachman
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Pennymac Loan Services, LLC,
Mortgage Electronic Registration Systems, Inc.,
and Federal National Mortgage Association*

2

82378285;1