SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>              Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive,<br><br>              Defendants. | Case No.: 2:25-cv-00362-GMN-DJA<br><br>**NOTICE OF LIS PENDENS** |

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property described herein was commenced on January 17, 2025, in the District Court of Clark County, Nevada, and removed on February 25, 2025 to the above-named court.

The action affects the title of real property commonly known as: **9878 Belikove Manor Ave, Las Vegas, NV 89178**, and legally described as follows:

**Parcel One:**

**LOT 93, MERANTO/GRAND CANYON PHASE 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 170 OF PLATS, PAGE 9 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. AMENDED BY CERTIFICATE OF AMENDMENT RECORDING DATE: MARCH 5, 2024. RECORDING NO: BOOK 20240305, INSTRUMENT NO. 20240305 OF OFFICIAL RECORDS**

83930874;1

**Parcel Two:**

**A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT AND PUBLIC UTILITY PURPOSES ON, OVER AND ACROSS THE PRIVATE STREETS AND COMMON AREA ON THE MAP REFERENCED HEREINABOVE, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE.**

and more particularly identified in the official records of the Clark County Recorder as

**APN: 176-19-316-010**.

The action concerns the present-day validity of the senior deed of trust recorded on December 12, 2024 as Instrument No. 20241212-0000656. Pennymac Loan Services, LLC, as current record beneficiary of the deed of trust, expressly maintains that the deed of trust remains a valid and enforceable encumbrance.

DATED November 10, 2025.

AKERMAN LLP

*/s/ Nicholas E. Belay*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Pennymac Loan Services, LLC*

83930874;1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2025, I caused to be served a true and correct copy of the foregoing **NOTICE OF LIS PENDENS,** in the following manner:

☐     **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒     **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid to the parties listed below at their last-known mailing addresses, on this 10th day of November, 2025.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐     (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☐     **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below on this _____ day of _____, 2025:

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Josephine Washenko*
An employee of AKERMAN LLP

83930874;1

3