SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12126
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN, | Case No.: 2:25-cv-00362-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), as Nominee and Beneficiary; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Thu Thuy Nguyen and Defendants Pennymac Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association (collectively, **defendants**) stipulate and agree as follows:

1.     On December 11, 2025, the Court issued a minute order directing the parties to file a stipulated discovery plan and scheduling order by January 9, 2026.  ECF No. 35.

*2.*     On January 7, 2026, the Court issued an Order on defendants' motions to dismiss (ECF Nos. 6, 26).  The Order dismisses plaintiff's quiet title, fraudulent misrepresentation, and breach of contract claims against all defendants with prejudice.  *See* ECF No. 36 at 14.  The Order dismisses plaintiff's RESPA claims against Federal National Mortgage Association and Mortgage Electronic

Registration Systems, Inc. with prejudice. *Id.* The Order dismisses plaintiff's RESPA claim against Pennymac and TILA claims without prejudice and with leave to amend. *Id.*

3. Per the Order, plaintiff has twenty-one (21) days from the date of the Order to file an amended complaint regarding the RESPA and TILA claims.

4. As it currently stands, there are no operative claims to include in the proposed discovery plan and scheduling order.

5. Plaintiff intends to file an amended complaint in accordance with the Court's deadline.

6. Accordingly, and based on the foregoing, the parties submit that judicial economy and efficiency as between the parties is best served by extending the deadline to file the proposed discovery plan and scheduling order until **fourteen (14) days after plaintiff files her amended complaint**.

7. This extension will allow the parties to include accurate and complete information as to the remaining claims once amended and scope of discovery.

8. The parties submit this request in good faith and not for the purposes of delay or prejudice to any party.

DATED January 9, 2026.

| **AKERMAN LLP** | |
|---|---|
| ___/s/ Nicholas E. Belay_____<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15157<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendants* | ___/s/ Thu Thuy Nguyen_____<br>Thu Thuy Nguyen<br>9878 Belikove Manor Ave.<br>Las Vegas, Nevada 89178<br><br><br>*Plaintiff, Pro Se* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2026