SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12126
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman @akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC;<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION (FANNIE MAE);<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. ("MERS"),<br>as Nominee and Beneficiary; DOES 1-X,<br>inclusive; ROE BUSINESS ENTITIES 1-X,<br>inclusive,<br><br>                    Defendants. | Case No.:   2:25-cv-00362-GMN-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff Thu Thuy Nguyen and Defendants Pennymac Loan Services, LLC and Federal National Mortgage Association submit the following proposed discovery plan and scheduling order pursuant to Local Rule 26-1.

**Meeting**:

Pursuant to FRCP 26(f) and LR-26-1(a)(1), a meeting was held on February 19, 2026, and was attended by Nicholas E. Belay, Esq., counsel for defendants, and plaintiff Thu Thuy Nguyen, appearing *pro se*.

85467731;1

**1.** **Pre-Discovery Disclosures:** Pursuant to FRCP Rule 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any computation(s) of damages required pursuant to FRCP 26(a)(1)(A)(iii), by **Friday, March 6, 2026**.

**2.** **Areas of Discovery:** Discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**3.** **Discovery Plan:** *Submitted In Compliance With LR 26-1(b):* The parties request a discovery plan of 180 days. The Court granted defendants' motions to dismiss on January 13, 2026. *See* ECF No. 39. The Court's order allowed plaintiff leave to file an amended complaint regarding the RESPA and TILA claims. Plaintiff filed the amended complaint on February 2, 2026, which was served through CM/ECF on February 6, 2026. *See* ECF No. 40. The discovery deadlines herein have therefore been calculated from the defendants' deadline to file responsive pleadings to the first amended complaint, which is February 20, 2026.

**4.** **Discovery Cut-Off Dates:** The parties propose that discovery must be commenced and completed no later than **Wednesday, August 19, 2026**, (180 days after defendants' responsive pleading deadline) and be conducted as follows:

**A.** **Amending the pleadings and Adding Parties:** The parties shall have until **Thursday, May 21, 2026**, to file any motions to amend the pleadings/add parties, ninety (90) days prior to the discovery cut-off date, pursuant to LR 26-1(b)(2).

**B.** **FRCP 26(a)(2) Disclosures of Experts:** Expert witness disclosures shall be made on or before **Monday, June 22, 2026**, sixty (60) days prior to the discovery cut-off.[1] Disclosures regarding rebuttal experts shall be made on or before **Wednesday, July 22, 2026**, thirty (30) days after the initial disclosures of experts. The requirements of FRCP 26(a)(2)(B) shall apply to any such disclosures.

**C.** **Dispositive Motions:** The parties shall have until **Friday, September 18, 2026**, to file dispositive motions, thirty (30) days after the discovery cut-off. In the event the discovery cut-

---

[1] The date occurring 60 days before the discovery cut-off is Saturday, June 20, 2026. The parties advance this deadline to the next business day.

2

85467731;1

off is extended, the deadlines for filing dispositive motions automatically will be extended until thirty (30) days after the new discovery cut-off date.

**D.    Pre-Trial Order:** The parties will prepare a consolidated pre-trial order on or before **Monday, October 19, 2026**, which is thirty (30) days after the date set for filing dispositive motions in the case.[2]  This deadline will be suspended if dispositive motions are timely filed until thirty (30) days after the decision of the dispositive motions or until further order of the court. The disclosure required FRCP Rule 26(a)(3) and objections thereto, shall be made in the pre-trial order.

**E.    Court Conferences:** If the court has questions regarding the dates proposed by the parties, the parties request a conference with the court before entry of the scheduling order.

**F.    Extensions or Modifications of the Discovery Plan and Scheduling Order:**

LR 26-3 governs modifications or extensions of this discovery plan and scheduling order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than twenty-one (21) days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than **Wednesday, July 29, 2026**, twenty-one (21) days before the discovery cut-off date.

**Other Items:**

**A.    Format of Discovery:** Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference.  The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to request such electronic data as discovery progresses.

**B.    Alternative Dispute Resolution:** The parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation (collectively, **ADR**) and determined that ADR is not a viable option at this time.

---

[2] The date occurring 30 days after the dispositive deadline falls on Sunday, October 18, 2026.  The parties advance this deadline to the next business day.

3

85467731;1

**C.**    **Alternative Forms of Case Disposition:**    The parties hereby certify they considered consent to trial by a magistrate judge and use of the short trial program and do not consent to either at this time.

**D.**    **Electronic Evidence:**  The parties hereby certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  The parties have not reached any stipulations regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system.  All rights and objections are reserved, and nothing in this Discovery Plan waives any party's rights or objections under the Federal Rules of Civil Procedure.

DATED this 20th day of February, 2026.

| | |
|---|---|
| **AKERMAN LLP** | |
| _/s/ Nicholas E. Belay_ | _/s/ Thu Thuy Nguyen_ |
| SCOTT R. LACHMAN, ESQ. | Thu Thuy Nguyen |
| Nevada Bar No. 12126 | 9878 Belikove Manor Ave. |
| NICHOLAS E. BELAY, ESQ. | Las Vegas, Nevada 89178 |
| Nevada Bar No. 15175 | |
| 1180 N. Town Center Dr., Suite 290 | |
| Las Vegas, NV 89144 | *Plaintiff, Pro Se* |
| *Attorneys for Defendants* | |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

85467731;1

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2026, I caused to be served a true and correct copy of the foregoing **PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER,** in the following manner:

☐ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid to the parties listed below at their last-known mailing addresses, on 20th day of February, 2026.

**Thu Thuy Nguyen**
**9878 Belikove Manor Ave.**
**Las Vegas, NV 89178**

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Esther Ibarra*
An employee of AKERMAN LLP

85467731;1

5