x FILED          RECEIVED

_____ ENTERED          _____ SERVED ON

03/11/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

Thu Thuy Nguyen
9878 Belikove Manor Avenue
Las Vegas, Nevada 89178
Tel: (725) 318-8375
Araslt8888@gmail.com
Pro-Se, Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THU THUY NGUYEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC;<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION ("FANNIE MAE");<br><br><br>                    Defendants. | Case No.:   2:25-cv-00362-GMN-DJA<br><br><br>**PLAINTIFF'S UNILATERAL MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM (ECF NO. 44) (FIRST REQUEST)** |

Plaintiff Thu Thuy Nguyen ("Plaintiff"), proceeding pro se, respectfully moves this Court, pursuant to Local Rule IA 6-1 and the Court's Minute Order (ECF No. 48), for a thirty (30) day extension of time to respond to Defendant PennyMac Loan Services, LLC's Counterclaim (ECF No. 44). Plaintiff requests that the deadline be extended from March 13, 2026, up to and including April 13, 2026.

....

....

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    STATEMENT OF MEET AND CONFER (LR IA 6-1)

In strict compliance with Local Rule IA 6-1 and this Court's prior guidance (ECF No. 48), Plaintiff made a diligent, good-faith effort to resolve this scheduling matter without Court intervention. On March 10, 2026, Plaintiff sent formal email correspondence to counsel for Defendant PennyMac requesting a thirty-day stipulation to extend the response deadline and reiterating a global settlement offer to voluntarily surrender the subject property.

On the morning of March 11, 2026, Defendants' counsel, Nicholas Belay, Esq., responded via email, stating that they decline the settlement offer and explicitly "cannot agree to the requested extension." (A true and correct copy of this email correspondence is attached hereto as Exhibit A). Because Defendants unreasonably refuse a standard first-time extension for a *pro se* Plaintiff who is actively seeking to resolve the entire case by surrendering the property, Plaintiff respectfully seeks the Court's intervention to protect her rights and ensure a fair opportunity to respond.

### II.    ARGUMENT AND GOOD CAUSE

Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1(a) require a showing of "good cause" for an extension. Plaintiff submits that good cause exists here:

1.    **Active Settlement Efforts**: Plaintiff is not seeking delay for tactical advantage. On the contrary, Plaintiff has formally offered to voluntarily surrender the subject property to fully resolve all claims and counterclaims. An extension is necessary to allow the parties or the Court to address these resolution efforts rather than incurring further adversarial litigation costs.

2.    **Judicial Economy**: This extension will conserve judicial resources. If the parties can finalize the surrender of the property, a formal response to the Counterclaim will be moot. Defendants' refusal to stipulate to a brief extension while a property surrender is on the table is inefficient and contrary to the spirit of the Federal Rules.

3.    **First Request:** This is Plaintiff's first request for an extension regarding the Counterclaim (ECF No. 44). As a *pro se* litigant, Plaintiff requires this brief period to protect her legal standing while navigating Defendants' unexpected refusal to cooperate on a reasonable scheduling matter.

**III.    CONCLUSION**

For the reasons stated above, Plaintiff respectfully requests that the Court grant this first thirty-day extension, up to and including April 13, 2026.

DATED this 11th day of March, 2026.

Respectfully submitted,

*/s/ Thu Thuy Nguyen*
Thu Thuy Nguyen
Plaintiff and Counter-Defendant,
Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2026, I electronically filed the foregoing PLAINTIFF'S UNILATERAL MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM (ECF NO. 44) (FIRST REQUEST) with the Clerk of the Court for the United States District Court, District of Nevada, by emailing the document to the Clerk's public docketing email. I further certify that the Court's CM/ECF system will send a Notice of Electronic Filing (NEF) to the following counsel of record, which constitutes service pursuant to the Court's Local Rules:

Nicholas Belay,
Esq. Scott Robert Lachman,
Esq. Akerman LLP 1180 North
Town Center Drive, Suite 290
Las Vegas, NV 89144 Email:
nicholas.belay@akerman.com;
scott.lachman@akerman.com

/s/ *Thu Thuy Nguyen*
Thu Thuy Nguyen
Plaintiff and Counter-Defendant,
Pro Se

# EXHIBIT A

 **Gmail**

**Thu Nguyen <araslt8888@gmail.com>**

---

# Meet and Confer: First Request for Stipulation to Extend Time (ECF No. 44) and Settlement Offer - Case No. 2:25-cv-00362

3 messages

---

**Thu Nguyen** <araslt8888@gmail.com>                                               Tue, Mar 10, 2026 at 1:05 PM
To: nicholas.belay@akerman.com, scott.lachman@akerman.com
Cc: esther.ibarra@akerman.com, brieanne.siriwan@akerman.com, jennifer.richardson@akerman.com

Dear Mr. Belay and Mr. Lachman,

Pursuant to the Court's Minute Order (ECF No. 48) and Local Rule IA 6-1, I am contacting you to meet and confer regarding the following matters:

**1. Request for Stipulation to Extend Time:** I respectfully request a thirty (30) day extension of time, up to and including April 13, 2026, to respond to PennyMac's Counterclaim (ECF No. 44). This is my first request for an extension regarding this deadline. My response is currently due on March 13, 2026. This additional time is necessary to allow the parties to focus on a global resolution rather than incurring further unnecessary litigation costs.

**2. Global Settlement Proposal:** As proposed in my communications dated February 25 and March 3, 2026, I remain fully committed to a global resolution. I am prepared to enter into a Stipulated Judgment that involves returning the Property to PennyMac/Fannie Mae in exchange for a full and final mutual release of all claims against myself, Lam Dang, and all related Trusts.

Please let me know by **12:00 PM (Noon) PST tomorrow, Wednesday, March 11, 2026**, if PennyMac will stipulate to this 30-day extension.

If I do not receive a response by the stated time, I will proceed with filing a formal Motion for Extension of Time and will notify the Court of my diligent efforts to meet and confer and your silence regarding these good-faith settlement offers.

Sincerely,

Thu Thuy Nguyen

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                              Tue, Mar 10, 2026 at 1:05 PM
To: araslt8888@gmail.com



## Address not found

Your message wasn't delivered to
**jennifer.richardson@akerman.com** because the address
couldn't be found, or is unable to receive mail.

---

Case 2:25-cv-00362-GMN-DJA   Document 49   Filed 03/11/26   Page 7 of 8

The response from the remote server was:

550 5.1.1 User Unknown

Final-Recipient: rfc822; jennifer.richardson@akerman.com
Action: failed
Status: 5.1.1
Remote-MTA: dns; mxb-00180801.gslb.pphosted.com. (67.231.149.24, the server
 for the domain akerman.com.)
Diagnostic-Code: smtp; 550 5.1.1 User Unknown
Last-Attempt-Date: Tue, 10 Mar 2026 13:05:20 -0700 (PDT)

📄 **noname**
5K

---

**nicholas.belay@akerman.com** <nicholas.belay@akerman.com>                    Wed, Mar 11, 2026 at 7:53 AM
To: araslt8888@gmail.com
Cc: scott.lachman@akerman.com

Good morning,

My client declines the proposed settlement offer and is not interested in making a counteroffer at this time.
Further, we cannot agree to the requested extension.  I am available to discuss on a call this week if you
would like; please let me know some proposed times.

Regards,

**Nicholas Belay**

Partner, Consumer Financial Services, Data and Technology (CFS+) Practice Group

Akerman LLP l 1180 North Town Center Drive, Suite 290 | Las Vegas, NV 89144

D: 702 634 5029 l F: 702 545 9720

nicholas.belay@akerman.com

vCard | Profile



700+ Lawyers
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Thu Nguyen <araslt8888@gmail.com>
**Sent:** Tuesday, March 10, 2026 1:05 PM
**To:** Belay, Nicholas (Ptnr-Las) <nicholas.belay@akerman.com>; Lachman, Scott (Ptnr-Las) <scott.lachman@akerman.com>
**Cc:** Ibarra, Esther (LAA-Las) <esther.ibarra@akerman.com>; Siriwan, Brieanne (Lax) <brieanne.siriwan@akerman.com>; Richardson, Jennifer (Para-Dal) <jennifer.richardson@akerman.com>
**Subject:** Meet and Confer: First Request for Stipulation to Extend Time (ECF No. 44) and Settlement Offer - Case No. 2:25-cv-00362

**[External to Akerman]**

[Quoted text hidden]