# EXHIBIT 3

# Forged Diploma

# EXHIBIT 3

# University of Nevada, Las Vegas

Has Conferred Upon

## Thu Thuy Nguyen

the degree of

## Bachelor of Science

### Business Administration

with all rights and privileges thereunto appertaining

In witness thereof this diploma duly signed has been

issued and the  seal of the  University affixed

Approved by the Board of Regents upon the recommendation of the Faculty

Given this fifteenth day of December two thousand and twenty three

Chancellor of the University and
Community College System of Nevada

Chairman of the Board of Regents



President of the University