# EXHIBIT 4

# Fraudulent Reconveyance - 5886 Icicle Falls Ave

# EXHIBIT 4

**Inst #: 20250721-0000019**
**Fees: $42.00**
**07/21/2025 07:00:53 AM**
**Receipt #: 5947961**
**Requestor:**
**Deeds.com, Inc.**
**Recorded By: SREYES   Pgs: 3**
**Debbie Conway**
**CLARK COUNTY RECORDER**
**Src: ERECORD**
**Ofc: ERECORD**

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

## APN#＿＿＿138-01-410-006＿＿＿＿＿＿＿＿＿＿
(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

＿＿＿＿＿＿＿**Substitution of Trustee and Deed of Full Reconveyance**＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

### RECORDING REQUESTED BY:

＿＿＿＿＿＿＿**CJL Private Estate Bank and Trust**＿＿＿＿＿＿＿＿

**RETURN TO: Name**＿＿＿＿＿**CJL Private Estate Bank and Trust**＿＿＿＿＿

       **Address**＿＿＿＿＿**PO Box 15197**＿＿＿＿＿＿＿＿＿＿＿

       **City/State/Zip**＿＿＿**Scottsdale, AZ 85267**＿＿＿＿＿＿＿

### MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)

       **Name**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

       **Address**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

       **City/State/Zip**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

**Parcel Tax ID:** 13801410006
**Record and Return To:**
CJL Private Estate Bank & Trust
P.O. Box 15197,Scottsdale, AZ 85267

**MIN:** 1000637-0000672090-5
**MERS Phone #:** (888) 679-6377
**MERS Address:** P.O. Box 2026, Flint, MI 48501-2026

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR TOWNE MORTGAGE COMPANY, ITS SUCCESSORS AND/OR ASSIGNS**, as the present Beneficiary(ies) under said Deed of Trust hereby substitutes a new Trustee, **CITADEL NATIONAL TRUSTEE TRUST**, under said Deed of Trust, and **CITADEL NATIONAL TRUSTEE TRUST** as Trustee under said Deed of Trust does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate now held by Trustee under said Deed of Trust. WHEREAS, said Deed of Trust has been paid in full. WHEREAS, said Deed of Trust recorded in the official records of Clark County, NV is referenced below:

Trustor: **LAM DANG, A SINGLE MAN**
Original Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR TOWNE MORTGAGE COMPANY, ITS SUCCESSORS AND/OR ASSIGNS**
Dated: **07/14/2023** Recorded**: 07/14/2023** Instrument: **20230714-0000805**
Book/Page: **N/A** in Clark County, NV
Property Address: **5886 Icicle Falls Ave, Las Vegas, NV 89130**

**Date:** _____July 21_____, 2025

Current Beneficiary:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")**
**P.O. Box 2026,**
**Flint, MI 48501-2026**

By: _____
 Name: **Melanie A. Oerkfitz**
 Title: **Vice President**

New Trustee:
**CITADEL NATIONAL TRUSTEE TRUST**
**913 N Market Street #200**
**Wilmington, DE 19801**

By: _____
 Name: **Nathaniel J. Barclay**
 Title: **Assistant Secretary**

STATE OF ILLINOIS )
) ss.
COUNTY OF LAKE )

On _____**July 21**_____, 2025, before me, the undersigned Notary Public, personally appeared **Melanie A. Oerkfitz,** known to me to be the **Vice President** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), whose address is P.O. Box 2026, Flint, MI 48501-2026,** and **Nathaniel J. Barclay,** known to me to be the **Assistant Secretary of CITADEL NATIONAL TRUSTEE TRUST,** whose address is **913 N Market Street #200, Wilmington, DE 19801**, and both persons being known to me (or satisfactorily proven) to be the individuals whose names are subscribed to the within instrument, acknowledged that they executed the same for the purposes therein contained and in their respective authorized capacities, and that by their signatures on the instrument, the entities upon behalf of which the individuals acted executed the instrument.

Witness my hand and official seal.

_____
Notary Public: **Laura Krieg**
My Commission Expires: **11/29/2025**
Commission #: **866126**

LAURA KRIEG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 29, 2025