# EXHIBIT 5

# UNLV Information

# EXHIBIT 5

# Office of the President

# About Carol C. Harter

Carol C. Harter, the university's longest-serving president, began her tenure in 1995. She joined UNLV as a well-seasoned educator and administrator, having previously served as president of the State University of New York at Geneseo and as a faculty member and vice president at Ohio University. She received an honorary doctorate of humane letters from Ohio University for her service to the institution and to higher education in general.

UNLV experienced unprecedented growth during Harter's time as president. Her administration was marked by its dedication to long-range planning and fundraising. Under her leadership, the university's academic range broadened tremendously with the launch of more than 100 new degree programs, nearly 60 of which focused on graduate studies. Two of the most important results from this effort were the School of Dental Medicine and the William S. Boyd School of Law.

The Ernest W. Lied Foundation contributed $15 million to the construction of the new campus library. Named the Lied Library, the facility featured the state's first automated book storage and retrieval and, at 300,000 square feet, was the largest building on the university's campus. In addition, funding was provided to create the Greenspun College of Urban Affairs, which included programs in communications, criminal justice, and social work. Additionally, she spearheaded the Invent the Future Campaign, the most ambitious fundraising program in the university's history. The campaign is continuing through 2008.

Throughout her tenure, Harter urged the campus to become student-centered, with programs designed to be responsive to student needs. She also called on the campus to work toward being a premier urban university, advocating both high-quality research and

education as well as searching for ways for the campus to serve the community.

In July 2006, Harter stepped down to assume executive responsibilities at the newly formed Black Mountain Institute at UNLV, an international think tank dedicated to advancing literary and cross-cultural dialogue.

## Sources

Hulse, James W.; Goodall, Leonard; and Allen, Jackie. Reinventing the System: Higher Education in Nevada. University of Nevada Press, 2002.

Moehring, Eugene P. The University of Nevada, Las Vegas: A History. University of Nevada Press, 2007.



Carol C. Harter - Seventh President, UNLV
(1995-2006)

## Related Links

- 2006 State of the University Address

- 2005 State of the University Address

- 2004 State of the University Address

- [2003 State of the University Address](#)

- [2002 State of the University Address](#)

- [2001 State of the University Address](#)

# News Center



# From the President: A Thank You to Carol Harter

President Keith Whitfield on the passing of a role model for university leadership.

UNLV HISTORY    |   NOVEMBER 1, 2023   |   BY KEITH E. WHITFIELD

UNLV HISTORY    |   NOVEMBER 1, 2023   |   BY KEITH E. WHITFIELD

D uring my lifetime, I have had the opportunity to meet unique people who are transformative in how they think about what is possible. They go beyond the ordinary and mundane to imagine greatness.

Dr. Carol C. Harter  was one of those people. The former UNLV president died Sept. 14 at age 82.

Her contributions to UNLV cannot be overstated. As president for 11 years, Carol oversaw tremendous change and growth. She worked tirelessly so this university could realize its potential, and she was the first to have both a vision and a plan for how UNLV could rise as a major public research university.



**Honoring UNLV's Longest-Serving President: Carol C. Harter's L**
University of Nevada, Las Vegas



                                                            Watch on

In a 2005 campus address, she said, "Over and over the potential to create a truly first-class university in Las Vegas has been underestimated, misunderstood, or simply left as a dream as yet unfulfilled."

Thanks in large part to Carol's hard work, it's no longer a far off dream. In 2018, UNLV became a Carnegie R1 "very high research" university, placing us among the top 3 percent of research universities nationally. And we continue to progress in our promise

to help students achieve individual success, to support economic diversification, and to advance the well-being of our community.

Carol was a role model for many. As the first female president at UNLV — indeed, the first woman to serve in many of her positions — she was a fierce proponent for gender equality. As a culture pioneer, she was instrumental in founding UNLV's Black Mountain Institute, in partnership with philanthropist Beverly Rogers. It is now an internationally known organization for literary activism.

But more than anything else, Carol was an advocate for the needs of our students. She understood that UNLV offered our students a chance to dream big, explore careers, and improve their quality of life. She was a leader ahead of her time, and all the Rebels who've come since owe some part of their success to the programs she built or strengthened.

There were many who had the good fortune to know Carol much better than I did, but in the three years I've been here, she became a trusted advisor. Carol would reach out periodically and ask how I was doing, share her thoughts on issues, or offer counsel when I needed a different perspective. An ardent sports fan, she would also text me about UNLV football games.

Soon after I joined UNLV, I shared my thoughts for what the community immediately surrounding the Maryland Parkway campus could become if we forge partnerships with developers and city planners. She chuckled and then reminded me of the importance of knowing my history. "There are a lot of complexities," she said, "but you'll save time by building on the progress of those who came before you."

She was honest and critical at times, but always supportive. And she had a way, in just a few seconds, of sharing a piece of wisdom that I would apply immediately in my next meeting. She always wanted what was best for this university, and she always wanted the leaders who followed her to succeed.

I know the entire UNLV community joins me in extending our condolences to her husband, Mike, the Harter family, and her countless friends in our community. We have lost an incredible colleague, a caring mentor, and a friend.

Keith E. Whitfield

UNLV President

*TOPICS:*
<u>VIEWS AND STATEMENTS</u> , <u>UNLV HISTORY</u>