# EXHIBIT 6

# Fraudulent Documents - 5886 Icicle Falls Ave

# EXHIBIT 6

Inst #: 20250519-0000714
Fees: $42.00
RPTT: $0.00  Ex #: 007
05/19/2025 12:06:22 PM
Receipt #: 5896555
Requestor:
**LAM DANG**
Recorded By: DECHO   Pgs: 4
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: FRONT COUNTER
Ofc: TENAYA BRANCH

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 138-01-410-006

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

QUITCLAIM DEED

Document Title on cover page must appear **EXACTLY** as the first page of the document
to be recorded.

**RECORDING REQUESTED BY:**

LAM DANG

**RETURN TO: Name** LAM DANG

**Address** P.O BOX 570352

**City/State/Zip** LAS VEGAS, NV 89157

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name** LUCKY LEGACY TRUST

**Address** P.O BOX 570352

**City/State/Zip** LAS VEGAS, NV 89157

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

APN#: 138-01-410-006

**Recording Requested By/Return To:**
**Lam Dang**
**PO Box 570352**
**Las Vegas, NV 89157**

**Mail Tax Statement To:**
**Lucky Legacy Trust**
**PO Box 570352**
**Las Vegas, NV 89157**

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 19th day of May, 2025, by LAM DANG, A SINGLE MAN, hereinafter referred to as the first party, to the LUCKY LEGACY TRUST, hereinafter referred to as the second party.

WITNESSETH, That the said first party, for good consideration in the amount of Ten Dollars and 00/100 ($10.00) and other good and valuable consideration paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim unto the said second party, and to its successors and assigns forever, all the right, title, interest, and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the City of LAS VEGAS, County of CLARK, State of NEVADA, to wit:

All that real property situated in the County of Clark, State of Nevada, described as follows:

LOT 6, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 155 OF PLATS, PAGE 90, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Property Address: 5886 Icicle Falls Ave, Las Vegas, NV 89130

**IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.**

**LAM DANG**

**STATE OF NEVADA** )
                     ) SS.
**COUNTY OF CLARK** )

**On this 19th day of May, 2025, before me,** Christian Tapia **a Notary Public, LAM DANG, known or proved to me to be said person, who acknowledged that he executed the foregoing instrument.**

**Notary Public**
**My Commission Expires:** 4-16-27



Christian Tapia
Notary Public - State of Nevada
County of Clark
APPT. NO. 10-2427-1
My Appt. Expires: January 16, 2027

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 138-01-410-006
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | | |
|---|---|---|---|---|
| a. ☐ | Vacant Land | b. ☒ | Single Fam. Res. | |
| c. ☐ | Condo/Twnhse | d. ☐ | 2-4 Plex | |
| e. ☐ | Apt. Bldg | f. ☐ | Comm'l/Ind'l | |
| g. ☐ | Agricultural | h. ☐ | Mobile Home | |
| ☐ | Other | | | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3. a. Total Value/Sales Price of Property    $ N/A
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:    $ _____
   d. Real Property Transfer Tax Due    $ _____

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 7
   b. Explain Reason for Exemption: Transfer without consideration to a trust

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____ Capacity: Grantor

Signature _____ Capacity: Trustee / Grantee

| **SELLER (GRANTOR) INFORMATION** <br> **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** <br> **(REQUIRED)** |
|---|---|
| Print Name: LAM DANG | Print Name: LUCKY LEGACY TRUST |
| Address: 5880 Icicle Falls Ave | Address: P.O Box 570352 |
| City: Las Vegas | City: Las Vegas |
| State: NV   Zip: 89130 | State: NV   Zip: 89157 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: | Escrow # |
| Address: | |
| City: | State:   Zip: |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: **20250522-0000829**
**Fees: $42.00**
**05/22/2025 11:30:10 AM**
Receipt #: 5901414
Requestor:
Deeds.com, Inc.
Recorded By: SCHIABLE  Pgs: 7
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

# RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

## APN#  138-01-410-006

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

### DEED OF TRUST

Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.

**RECORDING REQUESTED BY:**

**Lucky Legacy Trust**

**RETURN TO: Name** **Lucky Legacy Trust**

**Address** **PO Box 570352**

**City/State/Zip** **Las Vegas, NV 89157**

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

**Name** **Lucky Legacy Trust**

**Address** **PO Box 570352**

**City/State/Zip** **Las Vegas, NV 89157**

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

APN: 138-01-410-006
Recording Requested By:
Lucky Legacy Trust
PO Box 570352
Las Vegas, NV 89157

When Recorded Mail To:
Lucky Legacy Trust
PO Box 570352
Las Vegas, NV 89157

### DEED OF TRUST

THIS DEED OF TRUST, entered into this 21st day of May, 2025, by and between:
Trustor: Lucky Legacy Trust, a trust, of PO Box 570352, Las Vegas, NV 89157
Trustee: Thu Thuy Nguyen, an individual, of PO Box 570352, Las Vegas, NV 89157
Beneficiary: Icicle Heir Trust, a trust, of 1050 E Flamingo Road, S107, Las Vegas, NV 89119

The Trustor hereby grants, bargains, sells, conveys and confirms unto Trustee in Trust with power of sale all that certain property situate in the State of Nevada, County of Clark, being more particularly described in Exhibit A, attached.

AND, ALSO, all of the estate, interest homestead or other claim, as well in law as in equity which Trustor now has or may hereafter acquire in and to said property together with all easements and rights of way used in connection therewith or as a means of access thereto, and all water and water rights in connection therewith or share of stock evidencing such water or water rights, and all fixtures now or hereafter attached to or used in connection with the premises above described, together with all and singular the tenements, the hereditaments the appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof.

### 1. FOR THE PURPOSE OF SECURING:
(a) payment of a principal sum ($150,000.00) One Hundred Fifty Thousand Dollars and Zero Cents together with interest thereon at the rate of 2.5% per annum, according to the terms of a

promissory note made by Trustor, payable to order of Beneficiary, and all extensions or renewals thereof;

(b) the performance of each agreement of Trustor incorporated herein referenced or contained herein; and

(c) payment of such additional sums that may hereafter be loaned or advanced to Trustor by Beneficiary when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust (collectively sometimes hereafter "Promissory Note").

2. Care of Property. Trustor shall take reasonable care of the Subject Real Property and the buildings thereon and shall maintain them in good repair and condition as at the original date of this Deed of Trust, ordinary depreciation excepted. Trustor shall commit or permit no waste and do no act which will unduly impair or depreciate the value of the Subject Real Property as required, then Beneficiary or Trustee, at their option, may make necessary repairs and add the cost thereof to the Note. Trustor shall purchase and use on the Subject Real Property the amount of water to which it is or shall be entitled and shall not abandon any water rights, power rights or any rights of whatever nature which are appurtenant to the Subject of Real Property.

3. Right to Inspect Subject Real Property. At all convenient and reasonable times, upon prior notice to Trustor, Beneficiary or Trustee shall have the right and license to go on and into the Subject Real Property to inspect it in order to determine whether the provisions of the Deed of Trust are being kept and performed.

4. The following covenants, Nos. 1; 3; 4 (2.5%), 5; 6; 7 (Attorney fees reasonable); 8, and 9 of Section 107.030, Nevada Revised Statutes, are hereby adopted and made a part of this Deed of Trust and notwithstanding any provision of said covenant No. 7 to the contrary, proceeds from any foreclosure sale shall be distributed pursuant to the provisions of Nevada Revised Statutes 40.462.

5. Fire Insurance. Trustor shall, at Trustor's expense, maintain in force fire and extended coverage insurance in any amount of not less than full replacement value of any buildings which may exist on the Subject Real Property with loss payable to Beneficiary. Trustor shall provide fire insurance protection on his furniture, fixtures and other personal property on the Subject Real Property in an amount equal to the full insurable value thereof and promises that any insurance coverage in this regard will contain a waiver of the insurer's right of the subrogation against Beneficiary.

**6. Liability Insurance.** Trustor shall, at Trustor's expense, maintain in force standard policies of insurance in an amount not less than the appraised value of the Subject Real Property, or as otherwise may be required by a mortgage lender senior in time and right to Beneficiary, that names Beneficiary as an additional insured thereunder, insuring Trustor against any claims resulting from the injury to or the death of any person or the damage to or the destruction of any property belonging to any person by reason of Beneficiary's interest hereunder or the use and occupancy of the Subject Real Property by Trustor.

**7.** Trustor agrees that it will pay any deficiency arising from any cause after application of the proceeds of a sale held in accordance with the provisions of the covenants hereinabove adopted by reference.

**8.** If the premises or any part hereof be condemned under any power of eminent domain in, or acquired for a public use, the damages, proceeds and the consideration for such acquisition to the extent of the full amount of indebtedness upon this Deed of Trust and the Note secured hereby remaining unpaid, are hereby assigned by the Trustor to the Beneficiary and shall be paid forthwith to the Beneficiary to be applied by them on account of the last maturing installments of such indebtedness.

**9.** Trustor hereby assigns to the Trustee all rents, income, maintenance fees and other benefits to which Trustor may now or hereafter be entitled from the property described hereinabove and to be applied against the indebtedness or other sums secured hereby provided, however, that permission is hereby given to Trustor so long as no event of default has occurred hereunder to collect and use such rents, income, maintenance fees and other benefits as they become due and payable but not in advance thereof. Upon the occurrence of any such event of default, the permission hereby given to Trustor to collect such rents, income, maintenance fees and other benefits from the property described hereinabove shall automatically terminate.

**10.** The lien of this instrument shall remain in full force and effect during any postponement or extension of the time of payment of the indebtedness or any part thereof secured hereby. The Beneficiary may, without notice to or consent of Trustor, extend the time of payment of any indebtedness secured hereby to any successor in interest of the Trustor without discharging the Trustor from liability thereon.

**11. The rights and remedies granted hereunder or by law shall not be exclusive but shall be concurrent and cumulative.**

**12. The benefits of the covenants, terms, conditions and agreements herein contained shall accrue to, and the obligations thereof shall bind the heirs, representatives, successors, and assigns of the parties hereto and the Beneficiary hereof. Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall include all other genders, and the term "Beneficiary" shall include any payee of the indebtedness hereby secured or any transferee thereof, whether by operation of law or otherwise.**

**13. Trustee accepts this trust when this Deed of Trust, duly executed and acknowledged, is made public record as provided by law, reserving, however, unto the Trustee the right to resign from the duties and obligations imposed herein whenever Trustee, in its sole discretion, deems such resignation to be in the best interest of the Trustee. Written notice of such resignation shall be given to the Trustor and Beneficiary.**

**14. The undersigned Trustor requests that a copy of any notice of default and of any notice of sale hereunder be mailed to them at the following address:**
**Lucky Legacy Trust**
**PO Box 570352**
**Las Vegas, NV 89157**

**15. In the event the real property described herein securing the Note, or any part thereof, or any interest therein, legal or equitable, is sold, conveyed or alienated by Borrower, or by operation of law or otherwise, all obligations secured by instrument, irrespective of the maturity dates expressed therein, at the option of the holders hereof, and without demand or notice, shall become immediately due and payable. The Maker acknowledges that in the event of default Nevada Revised Statute 107.080 sets forth the process for foreclosure.**

**16. The rights and remedies of Beneficiary upon the occurrence of one or more defaults by Trustor (whether such rights and remedies are conferred by statute, by rule of law, by this Deed of Trust, or otherwise) may be exercised by Beneficiary, in the sole discretion of Beneficiary, either alternatively, concurrently, or consecutively in any order. The exercise by Beneficiary, or by Trustee at the express direction of Beneficiary, or any one or more of such rights and remedies shall not be construed to be an election of remedies nor a waiver of any other rights and remedies Beneficiary**

might have unless, and limited to the extent that, Beneficiary shall so elect or so waive by an instrument in writing delivered to Trustee.

17. This Deed of Trust and related Note constitute the entire understanding of the parties and shall be construed under the laws of the State of Nevada.

18. Trustor hereby appoints Beneficiary the attorney-in-fact of Trustor to prepare, sign, file and record this Deed of Trust; one or more financing statements; any documents of title or registration, or like papers, and to take any other action deemed necessary, useful or desirable by Beneficiary to perfect and preserve Beneficiary's security interest against the rights or interests of third persons.

IN WITNESS WHEREOF, the Trustor has caused this Deed of Trust to be executed the day and year first above written.

_____
Signature
**Thu Thuy Nguyen**
Print name
Capacity : Trustee of the Lucky Legacy Trust


STATE OF NEVADA
COUNTY OF CLARK
SS.

This instrument was acknowledged before me on the 21st day of May, 2025, by Thu Thuy Nguyen, Trustee of the Lucky Legacy Trust.

_____
Signature
Print name    Christian Tapia
Title    Notary Public
My commission expires: _1-16-27_

Christian Tapia
Notary Public - State of Nevada
County of Clark
APPT. NO. 10-2427-1
My Appt. Expires: January 16, 2027

**Exhibit A**

**Legal Description**
**LOT 6, FINAL MAP OF JONES HICKAM, AS SHOWN BY PLAT THEREOF ON FILE IN BOOK 155 OF MAPS, PAGE 90, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**APN: 138-01-410-006**
**Commonly known as: 5886 Icicle Falls Ave, Las Vegas, NV 89130**

Inst #: **20250522-0000830**
**Fees: $42.00**
**05/22/2025 11:30:11 AM**
**Receipt #: 5901414**
**Requestor:**
**Deeds.com, Inc.**
**Recorded By: SCHIABLE   Pgs: 7**
**Debbie Conway**
**CLARK COUNTY RECORDER**
**Src: ERECORD**
**Ofc: ERECORD**

# RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

## APN#  138-01-410-006

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

.

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

### DEED OF TRUST

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

## RECORDING REQUESTED BY:

### Lucky Legacy Trust

.

**RETURN TO: Name**      **Lucky Legacy Trust**

**Address**      **PO Box 570352**

**City/State/Zip**      **Las Vegas, NV 89157**

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

**Name**      **Lucky Legacy Trust**

**Address**      **PO Box 570352**

**City/State/Zip**      **Las Vegas, NV 89157**

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

APN: 138-01-410-006
Recording Requested By:
Lucky Legacy Trust
PO Box 570352
Las Vegas, NV 89157

When Recorded Mail To:
Lucky Legacy Trust
PO Box 570352
Las Vegas, NV 89157

## DEED OF TRUST

THIS DEED OF TRUST, entered into this 21st day of May, 2025, by and between:
Trustor: Lucky Legacy Trust, a trust, of PO Box 570352, Las Vegas, NV 89157
Trustee: Thu Thuy Nguyen, an individual, of PO Box 570352, Las Vegas, NV 89157
Beneficiary: Glacier Legacy Trust, a trust, of 1050 E Flamingo Road, S107, Las Vegas, NV 89119

The Trustor hereby grants, bargains, sells, conveys and confirms unto Trustee in Trust with power of sale all that certain property situate in the State of Nevada, County of Clark, being more particularly described in Exhibit A, attached.

AND, ALSO, all of the estate, interest homestead or other claim, as well in law as in equity which Trustor now has or may hereafter acquire in and to said property together with all easements and rights of way used in connection therewith or as a means of access thereto, and all water and water rights in connection therewith or share of stock evidencing such water or water rights, and all fixtures now or hereafter attached to or used in connection with the premises above described, together with all and singular the tenements, the hereditaments the appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof.

1. FOR THE PURPOSE OF SECURING:
   (a) payment of a principal sum ($200,000.00) Two Hundred Thousand Dollars and Zero Cents together with interest thereon at the rate of 2.5% per annum, according to the terms of a promissory note made by Trustor, payable to order of Beneficiary, and all extensions or

renewals thereof;

(b) the performance of each agreement of Trustor incorporated herein referenced or contained herein; and

(c) payment of such additional sums that may hereafter be loaned or advanced to Trustor by Beneficiary when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust (collectively sometimes hereafter "Promissory Note").

2.  **Care of Property.** Trustor shall take reasonable care of the Subject Real Property and the buildings thereon and shall maintain them in good repair and condition as at the original date of this Deed of Trust, ordinary depreciation excepted. Trustor shall commit or permit no waste and do no act which will unduly impair or depreciate the value of the Subject Real Property as required, then Beneficiary or Trustee, at their option, may make necessary repairs and add the cost thereof to the Note. Trustor shall purchase and use on the Subject Real Property the amount of water to which it is or shall be entitled and shall not abandon any water rights, power rights or any rights of whatever nature which are appurtenant to the Subject of Real Property.

3.  **Right to Inspect Subject Real Property.** At all convenient and reasonable times, upon prior notice to Trustor, Beneficiary or Trustee shall have the right and license to go on and into the Subject Real Property to inspect it in order to determine whether the provisions of the Deed of Trust are being kept and performed.

4.  The following covenants, Nos. 1; 3; 4 (2.5%), 5; 6; 7 (Attorney fees reasonable); 8, and 9 of Section 107.030, Nevada Revised Statutes, are hereby adopted and made a part of this Deed of Trust and notwithstanding any provision of said covenant No. 7 to the contrary, proceeds from any foreclosure sale shall be distributed pursuant to the provisions of Nevada Revised Statutes 40.462.

5.  **Fire Insurance.** Trustor shall, at Trustor's expense, maintain in force fire and extended coverage insurance in any amount of not less than full replacement value of any buildings which may exist on the Subject Real Property with loss payable to Beneficiary. Trustor shall provide fire insurance protection on his furniture, fixtures and other personal property on the Subject Real Property in an amount equal to the full insurable value thereof and promises that any insurance coverage in this regard will contain a waiver of the insurer's right of the subrogation against Beneficiary.

6.  **Liability Insurance.** Trustor shall, at Trustor's expense, maintain in force standard policies of insurance in an amount not less than the appraised value of the Subject Real Property, or as otherwise may be required by a mortgage lender senior in time and right to Beneficiary, that names Beneficiary as an additional insured thereunder, insuring Trustor against any

claims resulting from the injury to or the death of any person or the damage to or the destruction of any property belonging to any person by reason of Beneficiary's interest hereunder or the use and occupancy of the Subject Real Property by Trustor.

7. Trustor agrees that it will pay any deficiency arising from any cause after application of the proceeds of a sale held in accordance with the provisions of the covenants hereinabove adopted by reference.

8. If the premises or any part hereof be condemned under any power of eminent domain in, or acquired for a public use, the damages, proceeds and the consideration for such acquisition to the extent of the full amount of indebtedness upon this Deed of Trust and the Note secured hereby remaining unpaid, are hereby assigned by the Trustor to the Beneficiary and shall be paid forthwith to the Beneficiary to be applied by them on account of the last maturing installments of such indebtedness.

9. Trustor hereby assigns to the Trustee all rents, income, maintenance fees and other benefits to which Trustor may now or hereafter be entitled from the property described hereinabove and to be applied against the indebtedness or other sums secured hereby provided, however, that permission is hereby given to Trustor so long as no event of default has occurred hereunder to collect and use such rents, income, maintenance fees and other benefits as they become due and payable but not in advance thereof. Upon the occurrence of any such event of default, the permission hereby given to Trustor to collect such rents, income, maintenance fees and other benefits from the property described hereinabove shall automatically terminate.

10. The lien of this instrument shall remain in full force and effect during any postponement or extension of the time of payment of the indebtedness or any part thereof secured hereby. The Beneficiary may, without notice to or consent of Trustor, extend the time of payment of any indebtedness secured hereby to any successor in interest of the Trustor without discharging the Trustor from liability thereon.

11. The rights and remedies granted hereunder or by law shall not be exclusive but shall be concurrent and cumulative.

12. The benefits of the covenants, terms, conditions and agreements herein contained shall accrue to, and the obligations thereof shall bind the heirs, representatives, successors, and assigns of the parties hereto and the Beneficiary hereof. Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall include all other genders, and the term "Beneficiary" shall include any payee of the indebtedness hereby secured or any transferee thereof, whether by operation of law or otherwise.

13. Trustee accepts this trust when this Deed of Trust, duly executed and acknowledged, is made public record as provided by law, reserving, however, unto the Trustee the right to resign from the duties and obligations imposed herein whenever Trustee, in its sole discretion, deems such resignation to be in the best interest of the Trustee. Written notice of such resignation shall be given to the Trustor and Beneficiary.

14. The undersigned Trustor requests that a copy of any notice of default and of any notice of sale hereunder be mailed to them at the following address:
Lucky Legacy Trust
PO Box 570352
Las Vegas, NV 89157

15. In the event the real property described herein securing the Note, or any part thereof, or any interest therein, legal or equitable, is sold, conveyed or alienated by Borrower, or by operation of law or otherwise, all obligations secured by instrument, irrespective of the maturity dates expressed therein, at the option of the holders hereof, and without demand or notice, shall become immediately due and payable. The Maker acknowledges that in the event of default Nevada Revised Statute 107.080 sets forth the process for foreclosure.

16. The rights and remedies of Beneficiary upon the occurrence of one or more defaults by Trustor (whether such rights and remedies are conferred by statute, by rule of law, by this Deed of Trust, or otherwise) may be exercised by Beneficiary, in the sole discretion of Beneficiary, either alternatively, concurrently, or consecutively in any order. The exercise by Beneficiary, or by Trustee at the express direction of Beneficiary, or any one or more of such rights and remedies shall not be construed to be an election of remedies nor a waiver of any other rights and remedies Beneficiary might have unless, and limited to the extent that, Beneficiary shall so elect or so waive by an instrument in writing delivered to Trustee.

17. This Deed of Trust and related Note constitute the entire understanding of the parties and shall be construed under the laws of the State of Nevada.

18. Trustor hereby appoints Beneficiary the attorney-in-fact of Trustor to prepare, sign, file and record this Deed of Trust; one or more financing statements; any documents of title or registration, or like papers, and to take any other action deemed necessary, useful or desirable by Beneficiary to perfect and preserve Beneficiary's security interest against the rights or interests of third persons.

This Deed of Trust is intended to establish lien priority over any prior encumbrances, including any defective liens held by creditors, in violation of NRS 111.205. The Beneficiary is appointed to challenge the trustee under any prior Deed of Trust and asserts priority intent over all other liens.

IN WITNESS WHEREOF, the Trustor has caused this Deed of Trust to be executed the day and year first above written.

*(signature)*

**Signature**
**Thu Thuy Nguyen**
**Print name**
**Capacity: Trustee of the Lucky Legacy Trust**


**STATE OF NEVADA**
**COUNTY OF CLARK**
**SS.**

This instrument was acknowledged before me on the 21st day of May, 2025, by Thu Thuy Nguyen, Trustee of the Lucky Legacy Trust.


**Signature** *(signature)*
**Print name** Christian Tapia
**Title** Notary Public
**My commission expires:** 1-16-27

Christian Tapia
Notary Public - State of Nevada
County of Clark
APPT. NO. 10-2427-1
My Appt. Expires: January 16, 2027

**Exhibit A**

**Legal Description**
**LOT 6, FINAL MAP OF JONES HICKAM, AS SHOWN BY PLAT THEREOF ON FILE IN BOOK 155 OF MAPS, PAGE 90, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

**APN: 138-01-410-006**
**Commonly known as: 5886 Icicle Falls Ave, Las Vegas, NV 89130**

Inst #: **20250630-0002066**
Fees: $90.00
06/30/2025 04:50:44 PM
Receipt #: 5933315
Requestor:
ANTHONY DAN
Recorded By: DECHO   Pgs: 4
**Debbie Conway**
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: TENAYA BRANCH

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 138 - 01 - 410 - 006

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
**(DO NOT Abbreviate)**

UCC FINANCING STATEMENT
FIXTURE FILING

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

UCC FILING CORP

**RETURN TO: Name** UCC FILING CORP

**Address** 5940 SOUTH RAINBOW

**City/State/Zip** LAS VEGAS NV 89118

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name**

**Address**

**City/State/Zip**

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| **SPC Fillings 702-915-9928** |
| B. E-MAIL CONTACT AT FILER (optional) |
| **uccfillingsgroup@gmail.com** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| **5940 South Rainbow Boulevard** <br> **Las Vegas, NV 89118, USA** |

| Filed in the Office of | Initial Filing Number |
| --- | --- |
| *F.V.Aguilar* | **2025485812-7** |
|  | Filed On |
|  | **June 26, 2025 02:58 PM** |
| Secretary of State | Number of Pages |
| State Of Nevada | **2** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| **LUCKY LEGACY TRUST** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  |  |  |  |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **PO BOX 570352** | **LAS VEGAS** | **NV** | **89157** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
|  | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  |  |  |  |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| **GOLDEN ESTATE TRUST** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  |  |  |  |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **1489 W WARM SPRINGS RD, SUITE 110** | **HENDERSON** | **NV** | **89014** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**THIS FINANCING STATEMENT COVERS GOODS THAT ARE OR ARE TO BECOME FIXTURES PURSUANT TO NRS 104.9501 AND UCC 9-501. THE COLLATERAL INCLUDES ALL PERMANENTLY AFFIXED IMPROVEMENTS LOCATED ON THE REAL PROPERTY SITUATED AT 5886 ICICLE FALLS AVENUE, LAS VEGAS, NEVADA 89130, ALSO KNOWN AS APN: 138-01-410-006.**
**SECURED COLLATERAL INCLUDES, BUT IS NOT LIMITED TO: ALL INSTALLED HVAC SYSTEMS; FURNACES; AIR CONDITIONING UNITS; DUCTWORK; THERMOSTATS; SOLAR ENERGY SYSTEMS; ROOFTOP PANELS; INVERTERS; MOUNTS; AND ASSOCIATED ELECTRICAL COMPONENTS; ALL PLUMBING SYSTEMS AND COMPONENTS; WATER HEATERS; FILTRATION SYSTEMS; IRRIGATION INFRASTRUCTURE; ELECTRICAL SYSTEMS; JUNCTION BOXES; CIRCUIT BREAKERS; SUBPANELS; CONDUIT AND INTERNAL WIRING; LIGHTING SYSTEMS INCLUDING RECESSED FIXTURES, LED INSTALLATIONS, CHANDELIERS, WALL-MOUNTED LIGHTS AND CEILING FANS; KITCHEN AND BATHROOM FIXTURES; SINKS, FAUCETS, BUILT-IN CABINETS, COUNTERTOPS, RANGES, OVENS, VENT HOODS, DISHWASHERS, AND GARBAGE DISPOSALS; LAUNDRY ROOM FIXTURES INCLUDING WASHERS AND DRYERS IF BUILT-IN; GARAGE DOOR OPENERS AND TRACK SYSTEMS; SMART-HOME WIRING AND SURVEILLANCE EQUIPMENT; SECURITY SYSTEM WIRING AND FIXTURES; ALL INTERIOR FLOORING INCLUDING TILE, LAMINATE, WOOD, AND CARPET; INTERIOR AND EXTERIOR INSULATION; DRYWALL, INTERIOR WALLS, PERMANENTLY INSTALLED MIRRORS; BUILT-IN CLOSETS, SHELVING, SLIDING DOORS; WINDOWS, WINDOW FRAMES, ATTACHED SHUTTERS, EXTERIOR DOORS, GARAGE DOORS, WEATHER-SEALED THRESHOLDS, LOCKING MECHANISMS, STRUCTURAL FRAMING IMPROVEMENTS; INSULATION SYSTEMS; ALL IMPROVEMENTS EMBEDDED, AFFIXED, MOUNTED, OR ATTACHED TO THE STRUCTURE IN A PERMANENT OR SEMI-PERMANENT MANNER, WHETHER VISIBLE OR**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| --- | --- |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |
| **LUCKY LEGACY TRUST** |

OR

| 9b. INDIVIDUAL'S SURNAME | |
| --- | --- |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
| --- | --- | --- | --- | --- |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**BEHIND WALLS, BENEATH FLOORING, OR IN CEILING CAVITIES. THE TOTAL SECURED CLAIM AMOUNT IS $375,000.00.**

| 13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☑ is filed as a fixture filing |
| --- | --- |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: **5886 ICICLE FALLS AVE, LAS VEGAS, NEVADA 89130. APN: 138-01-410-006. SEE ATTACHED EXHIBIT A FOR FULL LEGAL DESCRIPTION.** |

17. MISCELLANEOUS:
**FIXTURE FILING – REAL PROPERTY COLLATERAL – NRS 104.9501**

**Exhibit A**

**LOT 6, FINAL MAP OF JONES HICKAM, AS SHOWN BY PLAT THEREOF ON FILE IN BOOK 155 OF MAPS, PAGE 90, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**