# EXHIBIT 7

# Quit Claim Deed

# EXHIBIT 7

Inst #: 20250519-0000715
Fees: $42.00
RPTT: $0.00  Ex #: 007
05/19/2025 12:06:22 PM
Receipt #: 5896555
Requestor:
LAM DANG
Recorded By: DECHO   Pgs: 4
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: FRONT COUNTER
Ofc: TENAYA BRANCH

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 176 - 19 - 316 - 010
(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

QUIT CLAIM  DEED

Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.

**RECORDING REQUESTED BY:**

THU THUY NGUYEN

**RETURN TO: Name** THU THUY NGUYEN

Address P.O BOX 570352

City/State/Zip LAS VEGAS, NV 89157

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name LUCKY FORTUNE TRUST

Address P.O BOX 570352

City/State/Zip LAS VEGAS, NV 89157

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

APN#: 176-19-316-010

**Recording Requested By/Return To:**
**Thu Thuy Nguyen**
**PO Box 570352**
**Las Vegas, NV 89157**

**Mail Tax Statement To:**
**Lucky Fortune Trust**
**PO Box 570352**
**Las Vegas, NV 89157**

## QUITCLAIM DEED

**THIS QUITCLAIM DEED, Executed this 19th day of May, 2025, by THU THUY NGUYEN, AN UNMARRIED WOMAN, hereinafter referred to as the first party, to the LUCKY FORTUNE TRUST, hereinafter referred to as the second party.**

**WITNESSETH, That the said first party, for good consideration in the amount of Ten Dollars and 00/100 ($10.00) and other good and valuable consideration paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim unto the said second party, and to its successors and assigns forever, all the right, title, interest, and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the City of LAS VEGAS, County of CLARK, State of NEVADA, to wit:**

**All that certain real property situated in the County of Clark, State of Nevada, described as follows:**

**Parcel One:**
**Lot 93, Meranto/Grand Canyon Phase 2, as shown by map thereof on file in Book 170 of Plats, Page 9 in the Office of the County Recorder of Clark County, Nevada. Amended by Certificate of Amendment Recording Date: March 5, 2024, Recording No: Book 20240305, Instrument No. 20240305, of Official Records.**

**Parcel Two:**
**A non-exclusive easement for ingress, egress, use and enjoyment and public utility purposes on, over and across the private streets and common area on the map referenced hereinabove, which easement is appurtenant to Parcel One.**

**Property Address: 9878 Belikove Manor Ave, Las Vegas, NV 89178**

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

THU THUY NGUYEN

STATE OF NEVADA    )
                      ) SS.
COUNTY OF CLARK   )

On this 19th day of May, 2025, before me,  a Notary Public, THU THUY NGUYEN, known or proved to me to be said person, who acknowledged that she executed the foregoing instrument.

Notary Public
My Commission Expires: _1-16-27_

Christian Tapia
Notary Public - State of Nevada
County of Clark
APPT. NO. 10-2427-1
My Appt. Expires: January 16, 2027

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. ___176 - 19 - 316 - 010___
   b. _____
   c. _____
   d. _____

2. Type of Property:
   | | | | |
   |---|---|---|---|
   | a. ☐ Vacant Land | b. ☒ Single Fam. Res. |
   | c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex |
   | e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l |
   | g. ☐ Agricultural | h. ☐ Mobile Home |
   | ☐ Other | |

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording: _____
   Notes:_____

3.a. Total Value/Sales Price of Property          $   N/A
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:                         $ _____
   d. Real Property Transfer Tax Due              $ _____

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section __7__
   b. Explain Reason for Exemption: Transfer without consideration to a trust

5. Partial Interest: Percentage being transferred: _100_ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature __Thu__                          Capacity: __Grantor__

Signature _____              Capacity: __Trustee / Grantee__

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: THU THUY NGUYEN
Address: 9878 Belikove Manor Ave
City: Las Vegas
State: NV    Zip: 89178

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: LUCKY FORTUNE TRUST
Address: P.O Box 570352
City: Las Vegas
State: NV    Zip: 89157

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____              Escrow # _____
Address: _____
City: _____                    State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED