**OCAMPO WISEMAN LAW**
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@ocampowisemanlaw.com
6040 S. Durango Dr. Suite 115
Las Vegas, NV 89113
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>      Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),<br><br>      Defendants.<br>PENNYMAC LOAN SERVICES, LLC,<br><br>      Counterplaintiff,<br><br>vs.<br><br>THU THUY NGUYEN; LAM TUNG DANG, an individual; LAM TUNG DANG, as Trustee of the LUCKY FORTUNE TRUST; LAM TUNGDANG, as Trustee of the FORTUNE HEIR TRUST; LAM TUNG DANG, as Trustee of the PROSPERITY VAULT TRUST; LAM TUNG DANG, as Trustee of the ROYAL ESTATE TRUST; LAM TUNG DANG, as Trustee of the DOMINION TITLE TRUSTEE TRUST,<br><br>      Counterdefendants | Case No.:2:25-CV-00362-GMN-DJA |

## ALL COUNTERDEFENDANTS' ANSWER TO PENNYMAC'S COUNTERCLAIMS

1

Counterdefendants Thu Thuy Nguyen and Lam Tung Dang both individually and as Trustee of the Lucky Fortune Trust and the Fortune Heir Trust and the Prosperity Vault Trust and the Royal Estate Trust and the Dominion Title Trustee Trust hereby answers the counterclaims brought by Pennymac Loan Services, LLC as follows

## COUNTERCLAIM

### PARTIES

1.      Answering paragraph 1, Respondents admit upon information and belief.

2.      Answering paragraph 2 – 9, Respondents admit.

3.      Answering paragraphs 9 – 10, Respondents aver that they consist of legal conclusions to which no response is required. To the extent that a response may be required, Respondents deny.

### GENERAL ALLEGATIONS

4.      Answering paragraphs 11 – 14, Respondents admit.

5.      Answering paragraph 15, Respondents aver that it contains legal conclusions to which no response is required. To the extent that a response may be required, Respondents deny.

6.      Answering paragraphs 16 – 34, Respondents deny.

7.      Answering paragraph 35, Respondents admit that Respondent Nguyen initiated litigation against Pennymac, and deny all other allegations or implications.

8.      Answering paragraphs 36 – 38, Respondents deny.

9.      Answering paragraphs 39 – 42, Respondents aver that the referenced documents speak for themselves and no response is required. To the extent that a response may be required, Respondents deny.

10.     Answering paragraphs 43 – 48, Respondents deny.

2

11.    Answering paragraphs 49 – 50, Respondents aver that the referenced documents speak for themselves and no response is required. To the extent that a response may be required, Respondents deny.

12.    Answering paragraphs 51 – 52, Respondents deny.

13.    Answering paragraphs 53 - 56, Respondents aver that the referenced documents speak for themselves and no response is required. To the extent that a response may be required, Respondents deny.

14.    Answering paragraphs 57 – 59, Respondents aver that they contain legal conclusions to which no response is required. To the extent that a response may be required, Respondents deny.

## FIRST CAUSE OF ACTION

### (Quiet Title/Declaratory Relief - Against all Counterdefendants)

15.    Answering paragraph 60, Respondents replead all prior responses.

16.    Answering paragraphs 61 – 70, Respondents aver that they contain legal conclusions for which no answer is required. To the extent that an answer is required, Respondents deny.

## SECOND CAUSE OF ACTION

### (Cancellation of Instruments - Against all Counterdefendants)

17.    Answering paragraph 71, Respondents replead all prior responses.

18.    Answering paragraph 72 – 73, Respondents deny.

19.    Answering paragraphs 74 - 80, Respondents aver that they contain legal conclusions for which no answer is required. To the extent that an answer is required, Respondent denies.



## THIRD CAUSE OF ACTION

## (SLANDER OF TITLE – AGAINST ALL COUNTERDEFENDANTS)

20.   Answering paragraph 81, Respondents replead all prior responses.

21.   Answering paragraphs 82 - 89, Respondents aver that they contain legal conclusions for which no response is required. To the extent that a response is required, Respondents deny.

## FOURTH CAUSE OF ACTION

## (Tortious Interference with Contractual Relations - Against Dang, individually and as trustee of Lucky Fortune Trust, Fortune Heir Trust, Prosperity Vault Trust, Royal Estate Trust, and Dominion Title Trustee Trust)

22.   Answering paragraph 90, Respondents replead all prior responses.

23.   Answering paragraph 91, Respondents admit.

24.   Answering paragraphs 92 – 100, Respondents aver that they contain legal conclusions for which no response is required. To the extent that a response is required, Respondents deny.

## FIFTH CAUSE OF ACTION

## (Fraud & Civil Conspiracy – Against all Counterdefendants)

25.   Answering paragraph 101, Respondents replead all prior responses.

26.   Answering paragraphs 102 – 103, Respondents deny.

27.   Answering paragraphs 104 – 107, Respondents aver that they contain legal conclusions for which no response is required. To the extent that a response is required, Respondents deny.

28.   Respondents hereby deny any and all allegations in the Counterclaims which were not specifically admitted above.

## AFFIRMATIVE DEFENSES

1.   Counterclaimant fails to state a claim upon which relief may be granted.

4

2.    Counterclaimant is not entitled to relief because Counterclaimant failed to mitigate damages.

3.    Counterclaimant is not entitled to relief from or against Respondents, as Counterclaimant has not sustained any loss, injury, or damage that resulted from any act, omission, or breach by Respondents.

4.    Respondents did not breach any statutory, contractual, or common law duties allegedly owed to Counterclaimant.

5.    Counterclaimant's claims are barred by prior material breach of contract by Counterclaimant.

6.    Counterclaimant's claims are barred because Respondent complied with applicable contracts, statutes and with the requirements and regulations of law.

7.    Counterclaimant's Causes of Action are barred in whole or in part by the applicable statutes of limitations or repose, or by the equitable doctrines of laches, waiver, estoppel, ratification, and unclean hands.

8.    Counterclaimant is barred from receiving equitable relief because an equitable balancing favors Respondents.

9.    Counterclaimant is not entitled to relief because Counterclaimant lacks standing.

10.   Counterclaimant is not entitled to relief due to prior agreements, novation, subsequent modification of the agreements, or due to waiver of rights.

11.   Counterclaimant is not entitled to relief due to res judicata.

12.   Counterclaimant claims are barred by the doctrine of accord and satisfaction, duress, and/or failure of consideration.

13.   Counterclaimant is not entitled to relief under the statute of frauds.

5

14.   Counterclaimant is not entitled to relief for contractual claims because any breach by the Respondent was preceded by a material breach by the Counterclaimant which relieved Counterdefendants of any further responsibilities.

15.   Counterclaimants claims are barred because any alleged wrongful acts or omissions by Respondents was legally excused or justified.

Dated this 18th day of April, 2026.

OCAMPO WISEMAN LAW

By: /s/ Timothy A. Wiseman
      Timothy A. Wiseman, Esq.
      Nevada Bar No. 13786
      *Attorneys for Counterdefendants*

6

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **ANSWER** by the method indicated:

_____    **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

_____    **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

__X__    **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Dated this 21st day of April, 2026

_____
An employee of Ocampo Wiseman Law

7