**OCAMPO WISEMAN LAW**
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@ocampowisemanlaw.com
6040 S. Durango Dr. Suite 115
Las Vegas, NV 89113
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Plaintiff/Counterdefendant*




## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THU THUY NGUYEN,<br><br>        Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),<br><br>        Defendants. | Case No.:2:25-CV-00362-GMN-DJA |
| PENNYMAC LOAN SERVICES, LLC,<br><br>        Counterplaintiff,<br><br>vs.<br><br>THU THUY NGUYEN; LAM TUNG DANG, an individual; LAM TUNG DANG, as Trustee of the LUCKY FORTUNE TRUST; LAM TUNGDANG, as Trustee of the FORTUNE HEIR TRUST; LAM TUNG DANG, as Trustee of the PROSPERITY VAULT TRUST; LAM TUNG DANG, as Trustee of the ROYAL ESTATE TRUST; LAM TUNG DANG, as Trustee of the DOMINION TITLE TRUSTEE TRUST,<br><br>        Counterdefendants | |

## NOTICE OF APPEARANCE

1

PLEASE TAKE NOTICE that Ocampo Wiseman Law will appear as counsel of record for THU THUY NGUYEN in the above-referenced matter.

All items, including, but not limited to, pleadings, papers, correspondence, documents, and any other things related to this matter can be forwarded to counsel at the below address.

**OCAMPO WISEMAN LAW**
6040 S. Durango Dr. Suite 115
Las Vegas, NV 89113

Dated this 21st day of April, 2026

OCAMPO WISEMAN LAW

By: /s/ Timothy A. Wiseman
    Timothy A. Wiseman, Esq.
    Nevada Bar No. 13786
    *Attorneys for Plaintiff/Counterdefendant*

2

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** by the method indicated:

_____    **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

_____    **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

__X__    **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Dated this 21st day of April, 2025.

_____
An employee of Ocampo Wiseman Law

3